**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1880**

DIANE WILLIAMS,

        Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA, STATE BOARD OF ELECTIONS; NANCY
RODRIQUES, in her Individual Capacity as Secretary of the
State Board of Elections,

        Defendants - Appellees.

**No. 13-2277**

DIANE WILLIAMS,

        Plaintiff - Appellant,

     v.

COMMONWEALTH OF VIRGINIA, STATE BOARD OF ELECTIONS; NANCY
RODRIQUES, in her Individual Capacity as Secretary of the
State Board of Elections,

        Defendants - Appellees.

Appeals from the United States District Court for the Eastern
District of Virginia, at Richmond.  Henry E. Hudson, District
Judge. (3:11-cv-00863-HEH-DJN)

Submitted: April 22, 2014        Decided: April 29, 2014

Before NIEMEYER, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Janipher W. Robinson, ROBINSON & GREENE, Richmond, Virginia, for Appellant. Kenneth T. Cuccinelli, II, Attorney General of Virginia, Wesley G. Russell, Jr., Deputy Attorney General, Ronald N. Regnery, Senior Assistant Attorney General, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Diane Williams appeals the district court's orders denying her Fed. R. Civ. P. 60(b)(6) motions to reconsider its earlier order granting summary judgment against her and dismissing her civil action alleging employment discrimination. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. Va., State Bd. of Elections, No. 3:11-cv-00863-HEH-DJN (E.D. Va. June 13, 2013; Oct. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED